UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 21-3314 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report in response to the Court's Minute Order dated November 14, 2022. Since the last joint status report, the parties have exchanged communications regarding issues raised by Plaintiffs with regards to the Defendants' production of responsive documents.

Plaintiff reviewed all of the Defendants' productions, including the records produced on September 12, 2022, which Defendants identified as their final interim production. On September 28, 2022, Plaintiff contacted Defendants' counsel via e-mail to advise him of several issues regarding the documents produced. Namely, Plaintiff identified potential issues with: 1) the adequacy of the search; and 2) Defendants' application of exemptions pursuant to the Freedom of Information Act ("FOIA") to redact information in the records produced.

Defendants responded to Plaintiff's email on November 9, 2022. In their response, Defendants provided a detailed description of the agency's search methodology as well as justifications for some of the redactions raised by Plaintiff. Defendants also agreed to un-redact certain documents as requested by Plaintiff.

Plaintiff is in the process of reviewing Defendants' November 9th response. Additionally, Defendants have not yet produced the documents it agreed to un-redact in its November 9th response and additional records that have been referred to other government agencies for consultation.

In light of the foregoing, the parties jointly request that the Court direct the parties to file another joint status report on or before January 17, 2023. A proposed order is attached.

| | |
|---|---|
| Dated: November 14, 2022 | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar. #481052 |
| By: */s/ Raul A. Pinto* | United States Attorney |
| RAUL A. PINTO* (*pro hac vice*) | |
| EMILY CREIGHTON | BRIAN P. HUDAK |
| DC Bar No. 1009922 | Chief, Civil Division |
| American Immigration Council | |
| 1331 G Street, N.W., Suite 200 | By: */s/ Thomas W. Duffey* |
| Washington, DC 20005 | THOMAS W. DUFFEY, |
| (202) 507-7514 (phone) | Assistant United States Attorney |
| (202) 742-5619 (fax) | 601 D Street, NW |
| ecreighton@immcouncil.org | Washington, DC 20530 |
| | (202) 252-2510 |
| *Counsel for Plaintiff* | thomas.duffey@usdoj.gov |
| | |
| *Application for membership in the District of Columbia Bar pending | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION and U.S. DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendants. )<br>) | Civ. A. No. 21-3314 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, and the entire record herein, it is

ORDERED that the parties shall file another joint status report on or before January 17, 2023.

_____            _____
Date                                                      AMIT P. MEHTA
                                                               United States District Judge