UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION and U.S. DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendants. )<br>) | Civ. A. No. 21-3314 (APM) |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report in response to the Court's Minute Order dated November 15, 2022. U.S. Customs and Border Protection ("CBP") has indicated that the September 30, 2022, production was its final production other than the pages sent to other government agencies for consultation.

Plaintiff completed its review of records produced by Defendants and notified Defendants' counsel of issues identified during the review. Defendants responded to those inquiries on November 9, 2022, with justifications regarding redactions and the sufficiency of the search. On November 17, 2022, Plaintiff followed up with additional questions regarding CBP's search and redactions to certain documents. Defendants are in the process of reviewing and preparing responses to Plaintiff's questions.

In accordance with the Court's Minute Order, Plaintiff advises the Court that issues relating to the adequacy of the search and CBP's application of exemptions under the Freedom of Information Act (FOIA) remain in dispute.

However, the parties will continue to confer regarding outstanding issues.

In light of the foregoing, the parties request that the Court direct the parties to file another joint status report on or before March 17, 2023, to give the parties an opportunity to further discuss remaining issues and the future conduct of the litigation.

A proposed order is attached.

| | |
|---|---|
| Dated:  January 17, 2023<br>         Washington, DC<br><br>By:  */s/ Raul Pinto*<br>Raul Pinto<br>Emily Creighton (Bar No. 1009922)<br>American Immigration Council<br>1331 G Street, N.W., Suite 200<br>Washington, DC 20005<br>(202) 507-7514 (phone)<br>(202) 742-5619 (fax)<br>ecreighton@immcouncil.org<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br> */s/ Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2510<br>thomas.duffey@usdoj.gov<br><br>*Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civ. A. No. 21-3314 (APM) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, and the entire record herein, it is

ORDERED that the parties shall file another joint status report on or before March 17, 2023.

_____   _____
Date                                                         AMIT P. MEHTA
                                                                     United States District Judge